```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
THE UNITED STATES LIFE INSURANCE                            :
COMPANY IN THE CITY OF NEW YORK,                            :
                                                            :
                Interpleader-Plaintiff,                     :        22-CV-7318 (VSB)
                                                            :
                -against-                                   :        ORDER AND NOTICE OF
                                                            :        INITIAL CONFERENCE
MARIANELA DEJESUS, LIMARY                                   :
ANSWER CARRASQUILLO and MELINA                              :
DEJESUS,                                                    :
                                                            :
                Interpleader-Defendants.                    :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

       This case has been assigned to me for all purposes. It is hereby:

       ORDERED that, in light of the public health crisis, the Court will not be holding an initial pretrial conference.

       IT IS FURTHER ORDERED that, by December 12, 2022, the parties submit a joint letter, not to exceed three (3) pages, providing the following information in separate paragraphs:

1. A brief description of the nature of the action and the principal defenses thereto;

2. A brief explanation of why jurisdiction and venue lie in this Court. If any party is a corporation, the letter shall state both the place of incorporation and the principal place of business. If any party is a partnership, limited partnership, limited liability company or trust, the letter shall state the citizenship of each of the entity's members, shareholders, partners and/or trustees;

3. A brief description of all contemplated and/or outstanding motions;

4. A brief description of any discovery that has already taken place, and/or that which will be necessary for the parties to engage in meaningful settlement negotiations;

5. A brief description of prior settlement discussions (without disclosing the parties' offers or settlement positions) and the prospect of settlement;

6. The estimated length of trial; and

7. Any other information that the parties believe may assist the Court in advancing the case to settlement or trial, including, but not limited to, a description of any dispositive issue or novel issue raised by the case.

IT IS FURTHER ORDERED that the parties also jointly submit to the Court a proposed case management plan and scheduling order. A template for the order is available at http://nysd.uscourts.gov/judge/Broderick. The status letter and the proposed case management plan should be filed electronically on ECF, consistent with Section 13.1 of the Court's Electronic Case Filing (ECF) Rules & Instructions, available at https://nysd.uscourts.gov/rules/ecf-related-instructions.

IT IS FURTHER ORDERED that Melina DeJesus's outstanding extension request is considered moot given that it appears to be filed as a justification for the delay in filing her response on October 6, 2022, rather than a request for additional time. (Doc. 16.) The Clerk of Court is respectfully directed to close the open motion at Docket Entry 17.

As of the date of this Order, the docket does not reflect any appearance on behalf of Melina DeJesus or her *pro se* status. Accordingly, IT IS FURTHER ORDERED that Melina DeJesus include in the parties' required joint submission described above whether she intends to retain counsel or proceed *pro se*. If Melina DeJesus intends to proceed *pro se*, she shall contact the *pro se* office at 212-805-0175 and provide her contact information.

The Clerk of Court is respectfully directed to send a copy of this Order to Melina DeJesus at 5170 Clearstream Court, Stone Mountain, Georgia 30088.

SO ORDERED.

Dated:   November 28, 2022
         New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge