UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
THE UNITED STATES LIFE INSURANCE   :
COMPANY IN THE CITY OF NEW YORK,   :
:
                Interpleader-Plaintiff,   :   22-CV-7318 (VSB)
:
                -against-   :   **ORDER**
:
MARIANELA DEJESUS, LIMARY   :
ANSWER CARRASQUILLO and MELINA   :
DEJESUS,   :
:
                Interpleader-Defendants.   :
-----------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      On November 28, 2022, I ordered the parties to file a proposed case management plan by December 12, 2022. (Doc. 18.) On December 12, 2022, Plaintiff's counsel filed a joint letter, but only with the input of Defendant Melina DeJesus. (Doc. 19.) According to Plaintiff, "Defendants Marianela DeJesus and Limary Carrasquillo did not respond to repeated requests for their input for this letter." (*Id.*) In the accompanying proposed case management plan, Plaintiff included a disclaimer stating

> Plaintiff The United States Life Insurance Company in the City of New York ("US Life") states that the below was prepared without input from counsel for the Defendants. Counsel for US Life first sought input from counsel for Defendants on December 6, and subsequently followed up with counsel for Defendants for their input to the below on December 9 and 12. However, as of the filing on the below, counsel for the Defendants has not provided any input.

(*Id.*) The proposed case management plan indicated that all parties consent "to conducting all further proceedings before a United States Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c)." (*Id.*) Given that this proposed case management plan does not currently reflect input from the Defendants, it is hereby

ORDERED that the parties file a joint letter clarifying whether they consent to conducting all further proceedings before a Magistrate Judge.  If the parties intend to consent to the exercise of jurisdiction by a United States Magistrate Judge, the parties are directed to file the AO 85 Notice, Consent, and Reference of a Dispositive Motion to a Magistrate Judge form, available at [https://www.nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf](https://www.nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf), on or before December 30, 2022.  If the parties do not intend to consent to the exercise of jurisdiction by a United States Magistrate Judge, the parties are directed to jointly file a corrected proposed case management plan and scheduling order, on or before December 30, 2022.

SO ORDERED.

Dated:  December 21, 2022
        New York, New York

*Vernon Broderick*

Vernon S. Broderick
United States District Judge