**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
THE UNITED STATES LIFE INSURANCE       :
COMPANY IN THE CITY OF NEW YORK,       :
                                       :    22-CV-7318 (OTW)
            Plaintiff,                 :
                                       :    ORDER
       -against-                       :
                                       :
MARIANELA DEJESUS, et al.,             :
                                       :
            Defendants.                :
                                       :
------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 30. Defendant Melina Dejesus requests Joseph E. Soffey be removed as her counsel. Defendant Dejesus' counsel is listed as Timothy Douglas Wedeen on the docket. Attorneys Joseph E. Soffey, and Timothy Douglas Wedeen, are each directed to file a response to ECF 30 by **March 8, 2023**.

Mr. Wedeen is directed to serve a copy of this order on Mr. Soffey.

The Clerk of Court is respectfully directed to serve a copy of this order on Melina Dejesus at 5170 Clearstream Ct, Stone Mountain, GA 30088. (*See* ECF 31).

**SO ORDERED.**

_s/ Ona T. Wang_
Dated: March 1, 2023            **Ona T. Wang**
       New York, New York       United States Magistrate Judge