UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------x
THE UNITED STATES LIFE INSURANCE           :
COMPANY IN THE CITY OF NEW YORK,           :
                                           :     22-CV-7318 (OTW)
                    Plaintiff,             :
                                           :     ORDER
               -against-                   :
                                           :
MARIANELA DEJESUS, et al.,                 :
                                           :
                    Defendants.            :
                                           :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

**This Order supersedes ECF 32.** Defendant Melina DeJesus is directed to file a letter on the docket by **March 8, 2023,** regarding the status of her representation. Specifically, she shall state in the letter whether Mr. Joseph Soffey has represented her in the past, whether he represents her presently, and if he does not, if she is proceeding *pro se*.

Mr. Joseph Soffey is directed to file a letter on the docket also on the status of Defendant Melina DeJesus' representation by **March 8, 2023**.

The Clerk of Court is respectfully directed to serve a copy of this order on Defendant Melina DeJesus, and on Joseph Soffey at 821 Franklin Avenue, Suite 304, Garden City, New York 11530. (*See* ECF 28).

**SO ORDERED.**

_s/ Ona T. Wang_

Dated: March 2, 2023                **Ona T. Wang**
       New York, New York           United States Magistrate Judge