**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
THE UNITED STATES LIFE INSURANCE        :
COMPANY IN THE CITY OF NEW YORK,        :
                                        :    22-CV-7318 (OTW)
                 Plaintiff,             :
                                        :    ORDER
               -against-                :
                                        :
MARIANELA DEJESUS, et al.,              :
                                        :
                 Defendants.            :
                                        :
------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Initial Case Management scheduled for April 4, 2023, at 10:30 a.m. (ECF 29) is

**ADJOURNED sine die.**

The Clerk of Court is respectfully directed to serve a copy of this order on Defendant Melina DeJesus.

**SO ORDERED.**

Dated: March 9, 2023                          _s/ Ona T. Wang_
       New York, New York                     **Ona T. Wang**
                                              United States Magistrate Judge