UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK,<br><br>    Interpleader Plaintiff,<br><br>v.<br><br>MARIANELA DeJESUS,<br><br>LIMARY CARRASQUILLO,<br><br>and<br><br>MELINA DeJESUS,<br><br>    Interpleader Defendants. | Case No. 1:22-cv-07318<br><br>Order Granting Interpleader Plaintiff The United States Life Insurance Company in the City of New York's Motion to Deposit Funds |

    This is an action to determine the proper beneficiary of the death benefit payable under The United States Life Insurance Company in the City of New York's Annuity Contracts 6CD08805, 6CD03874, and 6CD03750 issued to the late Justino DeJesus. Interpleader Plaintiff The United States Life Insurance Company in the City of New York ("US Life") filed an Interpleader Complaint against the Competing Claimants.

    US Life has filed a Motion to Deposit Funds with the Clerk of the United States District Court for the Southern District of New York. The sum to be deposited with this Court is **$204,095.04 plus accrued interest, if any**. This sum represents the annuity contracts benefits payable under US Life's Annuity Contracts 6CD08805, 6CD03874 and 6CD03750 issued to the late Justino DeJesus.

    WHEREFORE, good cause appearing, the Court hereby **ORDERS** as follows:

1

1. US Life is authorized to deposit the sum of **$204,095.04 plus accrued interest if any**, with the Clerk of the United States District Court, Southern District of New York.

2. The Clerk of the Court shall deposit the sum of **$204,095.04 plus accrued interest if any**, into the Disputed Ownership Fund in an interest bearing account until such time as the Court makes its further order directing disbursement of these funds.

3. The Clerk is directed to deduct from the income on the investment of the sum a fee consistent with that authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office.

**DONE AND ORDERED** in __New York__, New York on _____April 20_____, 2023.

                                                  UNITED STATES MAGISTRATE JUDGE ONA T. WANG

The Clerk of Court is respectfully directed to serve a copy of this order on Melina DeJesus and to close ECF 38.