**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
THE UNITED STATES LIFE INSURANCE
COMPANY IN THE CITY OF NEW YORK,

         Plaintiff,

      -against-

MARIANELA DEJESUS, et al.,

         Defendants.
------------------------------------------------------------x

22-CV-7318 (OTW)

**SCHEDULING ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The telephonic status conference scheduled for **January 23, 2024** will be held at **2 p.m.**

*See* ECF 58.

The Clerk of Court is respectfully directed to serve a copy of this order on Defendant Melina DeJesus at 5170 Clearstream Ct, Stone Mountain, GA 30088.

    **SO ORDERED.**

Dated: December 5, 2023
       New York, New York

          *s/ Ona T. Wang*
          **Ona T. Wang**
          United States Magistrate Judge