**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
THE UNITED STATES LIFE INSURANCE
COMPANY IN THE CITY OF NEW YORK,

            Plaintiff,

            -against-

MARIANELA DEJESUS, et al.,

            Defendants.
---------------------------------------------------------------x

22-CV-7318 (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of Defendant Melina DeJesus's motion to request adjournment of the January 23, 2024 telephonic status conference. (ECF Nos. 62 and 63). Defendant's motion to adjourn is **DENIED**.

Defendant Melina DeJesus is required to attend the January 23, 2024 telephonic status conference. The dial in information is (866) 390-1828, access code 1582687. If Ms. DeJesus secures counsel by that date, or is in the process of securing counsel, her counsel is invited to attend the conference.

The Clerk of Court is respectfully directed to serve a copy of this order on Defendant Melina DeJesus at 5170 Clearstream Ct, Stone Mountain, GA 30088.  The Clerk of Court is also respectfully directed to close ECF Nos. 62 and 63.

**SO ORDERED.**

Dated: January 10, 2024                            **Ona T. Wang**
       New York, New York                      United States Magistrate Judge