**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
THE UNITED STATES LIFE INSURANCE :
COMPANY IN THE CITY OF NEW YORK, :
: 22-CV-7318 (OTW)
Plaintiff, :
: **ORDER**
-against- :
:
MARIANELA DEJESUS, et al., :
:
Defendants. :
:
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a telephonic status conference on February 13, 2024. As discussed at the conference, Interpleader Plaintiff United States Life Insurance Company is directed to meet and confer with Melina DeJesus, and counsel for Limary Carrasquillo and Marinela DeJesus, about exchanging confidential discovery and a schedule for briefing Plaintiff's motion to withdraw from the case. Interpleader Plaintiff is directed to file a status letter with the Court by **March 15, 2024**.

As discussed at the conference, we will address additional discovery from Interpleader Plaintiff US Life after receipt of their status letter of March 15, 2024. Because US Life will be providing some consensual discovery, as discussed at the conference in this Order, and because Defendants Marianela DeJesus and Limary Carasquillo have appeared in this action through counsel, I am also **denying without prejudice** Plaintiff Melina DeJesus's motions for discovery and motion for default judgment at this time. *See* ECF Nos. 49, 50, 51, 52.

The Clerk of Court is respectfully directed to close ECF Nos. 49, 50, 51, and 52.

The Clerk of Court is respectfully directed to serve a copy of this order on Defendant Melina DeJesus at 5170 Clearstream Ct, Stone Mountain, GA 30088.

**SO ORDERED.**

Dated: February 16, 2024
      New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge