**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
THE UNITED STATES LIFE INSURANCE  :
COMPANY IN THE CITY OF NEW YORK,  :
                                                   :        22-CV-7318 (OTW)
          Plaintiff,  :
                                                   :        **ORDER**
       -against-  :
MARIANELA DEJESUS, et al.,  :
         Defendants.  :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of Interpleader Plaintiff US Life's letter at ECF 74, the attached exhibit, and Defendant Melina DeJesus's letter at ECF 76 opposing, without explanation, US Life's proposed briefing schedule. The Court adopts the following briefing schedule for US Life's motion for interpleader relief:

- Interpleader Plaintiff is directed to file its motion by **April 12, 2024.**
- Defendants are directed to file their responses by **May 10, 2024.**
- Interpleader Plaintiff is directed to file its reply, if any, by **May 17, 2024.**

The Court is also in receipt of Melina DeJesus's letter at ECF 75. The Court is unable to determine whether this letter seeks specific relief due to its font size and illegibility. If Ms. DeJesus seeks relief from the Court, she must do so in a <u>clear</u>, <u>legible</u> format, and refile by **April 12, 2024**.

The Clerk of Court is respectfully directed to serve a copy of this order on Defendant Melina DeJesus at 5170 Clearstream Ct, Stone Mountain, GA 30088.

**SO ORDERED.**

Dated: April 4, 2024  
New York, New York

_s/ Ona T. Wang_  
**Ona T. Wang**  
United States Magistrate Judge