**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
THE UNITED STATES LIFE INSURANCE        :
COMPANY IN THE CITY OF NEW YORK,        :
                                        :      22-CV-7318 (OTW)
                Plaintiff,              :
                                        :      ORDER
                -against-               :
                                        :
MARIANELA DEJESUS, et al.,              :
                                        :
                Defendants.             :
                                        :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of Defendant Melina DeJesus's motion for discovery at ECF 90.

Defendant previously filed motions for discovery (ECF Nos. 66, 67, 69, and 70), which were denied without prejudice until after the Court had resolved the pending motions for interpleader relief. (*See* ECF 88). Because the motions for interpleader relief are still pending, (*see* ECF Nos. 81, 85), Defendant's motion for discovery is **DENIED** <u>without prejudice</u> until after the Court has resolved the pending motions for interpleader relief.

The Clerk of Court is respectfully directed to close ECF No. 90.

The Clerk of Court is respectfully directed to serve a copy of this order on Defendant Melina DeJesus at 5170 Clearstream Ct, Stone Mountain, GA 30088.

**SO ORDERED.**

                                                           *s/ Ona T. Wang*

Dated: March 4, 2025                                      **Ona T. Wang**
      New York, New York                       United States Magistrate Judge