**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                                            :
THE UNITED STATES LIFE INSURANCE                            :
COMPANY IN THE CITY OF NEW YORK,                            :         22-cv-7318 (OTW)
                                                            :
            Plaintiff,                                      :
                                                            :         ORDER
            -against-                                       :
                                                            :
MARIANELA DEJESUS, et al.,                                  :
                                                            :
            Defendants.                                     :
------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

The Court held a Status Conference in this matter on Wednesday, October 08, 2025. As **ORDERED** at the Conference:

1. Parties are directed to file a joint proposed case management plan and a joint stipulated amended case caption no later than **October 31, 2025**.

2. Parties are directed to file joint status letters on the last business Friday of every month beginning in **November 2025**. To the extent there is any update on the proceedings in Surrogate Court, parties are to include that in the status letters.

3. Counsel for Maria Dejesus is directed to review Fed. R. Civ. P 25(a) and take appropriate steps in light of the representation that Ms. Maria DeJesus is now deceased.

**SO ORDERED.**

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge

Dated: October 8, 2025
New York, New York