**MEMO ENDORSED.**

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

THE UNITED STATES LIFE INSURANCE
COMPANY IN THE CITY OF NEW YORK,

        Plaintiffs,

        -against-

MARIANELA DEJESUS, et al.,

        Defendants.

-------------------------------------------------------------x

Case No. 22-cv-7318 (OTW)

MOTION
TO SUBSTITUTE PARTY
FED. R. CIV. P. 25(a)(1)

Limary Carrasquillo, by and through undersigned counsel, respectfully moves this Court for an Order substituting Limary Carasquillo, Administrator of the Estate of Marianela DeJesus, in place of deceased party Marianela DeJesus pursuant to Federal Rule of Civil Procedure 25(a)(1).

In support of this Motion, Limary Carrasquillo states as follows:

1. Marianela DeJesus was a party to this action
2. Marianela DeJesus died on March 18, 2025.
3. A Notice of Death of a Party was filed on January 5, 2026.
4. Limary Carrasquillo was appointed as Administrator of the Estate of Marianela DeJesus by Decree dated January 8, 2026 of the Surrogate's Court, New York County.
5. The claims asserted in this action survive the death of Marianela DeJesus pursuant to applicable law.
6. The relief sought herein is unopposed.

For the foregoing reasons, Limary Carrasquillo respectfully requests that the Court enter an Order substituting Limary Carasquillo, Administrator of the Estate of Marianela DeJesus, in place of deceased party Marianela DeJesus.

Dated: January 26, 2026

        **Richard Bryan Attorney, P.C.**

        */s/ Richard Bryan*
        Richard Bryan
        350 1st Ave., 3E
        New York, NY 10010
        212 979-2868
        Attorney for Limary Carrasquillo

**SO ORDERED.**

_____
Ona T. Wang        January 27, 2026
U.S.M.J.