**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

THE UNITED STATES LIFE INSURANCE
COMPANY IN THE CITY OF NEW YORK,

             Plaintiff,

            -against-

MARIANELA DEJESUS, et al.,

             Defendants.

-------------------------------------------------------------x

22-cv-7318 (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court has received the letter from Melina DeJesus requesting the removal of her current counsel and the appointment of new pro bono counsel (ECF 114), the motion from Melina DeJesus's counsel for leave to file a motion to withdraw as counsel (ECF 115), and the letter in opposition from counsel for Limary Carrasquillo (ECF 116).

It is hereby **ORDERED** that a preliminary settlement conference call shall be held in this matter on Tuesday, **March 17, 2026, at 2:00 PM.** The conference shall include Melina DeJesus and her current counsel, Isaac Hoenig, only. Counsel is directed to call Chambers at 212-805-0260 when both Melina DeJesus and counsel Isaac Hoenig are on the line.

      **SO ORDERED.**

                             *s/ Ona T. Wang*

Dated: February 17, 2026                    **Ona T. Wang**
      New York, New York          United States Magistrate Judge