**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

THE UNITED STATES LIFE INSURANCE
COMPANY IN THE CITY OF NEW YORK,

                Plaintiff,

                -against-

MARIANELA DEJESUS, et al.,

                Defendants.

-------------------------------------------------------------x

22-cv-7318 (OTW)

**ORDER**

    **ONA T. WANG, United States Magistrate Judge:**

    The Court has been advised by counsel for Melina DeJesus that counsel has been unable to establish contact with his client. The Court has previously addressed issues concerning Ms. DeJesus and her counsel. (See e.g., ECF Nos. 114, 115, and 116).

    Accordingly, it is hereby **ORDERED** that a status conference shall be held in this matter on **Thursday, May 14, 2026, at 10:30 AM.** Melina DeJesus is hereby ORDERED to appear in person with her current counsel at Courtroom 20D. 500 Pearl Street, New York, NY 10007. Should Ms. DeJesus seek to appear telephonically, she must submit a letter application on the docket in advance of the conference requesting such relief.

The Clerk of Court is respectfully directed  to mail a copy of the order to Ms. DeJesus at

5179 Clearstream Court, Stone Mountain, GA 30088, and to transmit a copy via email

to melinadejesus@yahoo.com.

**SO ORDERED.**

_s/  Ona T. Wang_

Dated: April 14, 2026                                          **Ona T. Wang**
     New York, New York                          United States Magistrate Judge