**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

THE UNITED STATES LIFE INSURANCE
COMPANY IN THE CITY OF NEW YORK,

          Plaintiff,

          -against-

MARIANELA DEJESUS, et al.,

          Defendants.

---------------------------------------------------------------x

22-cv-7318 (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court held a status conference in this matter on May 14, 2026. Melina DeJesus was ordered to appear in person at the conference. (ECF 123). She failed to appear. As **ORDERED** at the conference:

1. Counsel Isaac Hoenig is hereby relieved as counsel for Melina DeJesus, who is now proceeding in this case *pro se*.

2. This case is hereby **STAYED**, pending an appearance by Melina DeJesus. Ms. DeJesus is required to respond by filing a letter on the docket by **Friday, June 26, 2026**, indicating whether she intends to proceed in this case. Failure to respond by that date may result in dismissal of the case for failure to prosecute.

3. Counsel for cross-claimants/interpleader defendants Carrasquillo and Marianela DeJesus is required to serve a copy of this order and the May 14, 2026, Conference transcript on Ms. Melina DeJesus, and file an affirmation of service no later than **Monday, June 1, 2026**.

The Clerk of Court is respectfully directed to mail a copy of the order to Ms. DeJesus at

5179 Clearstream Court, Stone Mountain, GA 30088, and to transmit a copy via email

to melinadejesus@yahoo.com.

**SO ORDERED.**

_s/ Ona T. Wang_

Dated: May 19, 2026                                    **Ona T. Wang**
      New York, New York                  United States Magistrate Judge