**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK,

Plaintiff,

-against-

MARIANELA DEJESUS, et al.,

Defendants.

---

22-cv-7318 (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

On May 19, 2026, I stayed this case pending an appearance by Melina DeJesus, and required her to respond by filing a letter on the docket by June 26, 2026, indicating whether she intends to proceed in this case. (ECF 126, hereinafter the "May Order"). On June 5, 2026, counsel for interpleader defendant Limary Carrasquillo filed a letter on the docket detailing the attempts to serve the May Order at her Georgia address, which is listed as her most recent address on the docket. (ECF 127). *Pro se* parties are required by this Court to maintain a current mailing address of record. If a *pro se* party fails to maintain a current mailing address of record, the party's claims may be dismissed.

Melina DeJesus is hereby **ORDERED** to update her mailing address with the Court no later than **Friday, July 31, 2026**, or risk a dismissal of this case. Parties may update their mailing address by completing the attached form, accessible here:

https://nysd.uscourts.gov/sites/default/files/2018-06/notice-of-change-of-address-for-pro-se-litigants.pdf.

The Clerk of the Court is respectfully directed to transmit a copy of this Order to Melina DeJesus via mail to her last known address and email.

**SO ORDERED.**

*s/ Ona T. Wang*

Dated: July 20, 2026
New York, New York

**Ona T. Wang**
United States Magistrate Judge

IH-34 Rev:2014-1

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

_______________________________________________

_______________________________________________
(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

_______________________________________________

_______________________________________________
(List the full name(s) of the defendant(s)/respondent(s).)

_____CV_________ (_____)(_____)

NOTICE OF CHANGE OF ADDRESS

I hereby notify the Court that my address has changed to the following:

_______________________________________________
Name (Last, First, MI)

_______________________________________________
Address City State Zip Code

_______________________ _______________________
Telephone Number E-mail Address (if available)

_______________________ _______________________
Date Signature